M.D. Appeal Dkt.

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: PASSARELLI FAMILY TRUST | : | No. 235 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: MARGARET G. PASSARELLI | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 11th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

   (1) Whether the Superior Court's reversal of the orphans' court's termination of an irrevocable inter vivos trust pursuant to 20 Pa.C.S. § 7736, which explicitly allows for the voidability of a trust induced by fraud, conflicts with another appellate court's opinion?

   (2) Whether the Superior Court's reversal of the orphans' court's termination of an irrevocable trust pursuant to 20 Pa.C.S. § 7736, and implicit overruling of *Estate of Glover*, is at odds with this Court's holding in *Paul's Estate* regarding the factors by which a trust may be terminated?

   (3) Whether the Superior Court's reversal of the orphans' court's termination of an irrevocable inter vivos trust pursuant to 20 Pa.C.S. § 7736 presents an issue of first impression, especially where the Superior Court has held that a stricter standard should apply when a party seeks to rescind an irrevocable trust that was induced by fraud?

   (4) Whether the Superior Court's imposition of a stricter standard to terminate an irrevocable inter vivos trust on the basis of fraud in the inducement presents an issue of such substantial public importance as to require the prompt and definitive resolution by the Pennsylvania Supreme Court?